IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2012 MAY 17 P 4:48

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| THOMAS M. HAYLEY, AMY ELIZABETH HAYLEY, and HAYLEY FAMILY PARTNERSHIP, LTD., ) ) ) ) | |
| Plaintiffs, ) | CIVIL ACTION NO. 3:12-CV-437-WKW-WC |
| v. ) ) | |
| REGIONS BANK ) ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

Defendant Regions Bank ("Regions"), pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, files this Notice of Removal, for removal of the action entitled *Thomas M. Hayley, et al., v. Regions Bank* in the Circuit Court of Tallapoosa County, Alabama, Civil Action No. CV-2012-900026 (the "State Court Action") from the Circuit Court of Tallapoosa County, Alabama to the United States District Court for the Middle District of Alabama, Eastern Division. As grounds for removal, Regions states the following:

### Commencement of the Case and Timeliness of Removal

1. Plaintiffs commenced the State Court Action on April 20, 2012, when they filed their Complaint, as amended, against Regions. In the Complaint, Plaintiffs stated claims against Regions under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, and for other causes of action.

2. Pursuant to 28 U.S.C. § 1446, Regions has timely filed this Notice of Removal, as this Notice is being filed within 30 days of the filing of the Complaint against Regions.

222268.1

**Statement of Jurisdiction and Compliance with Procedural Requirements**

3. "Except as otherwise expressly provided by Act of Congress, any civil action brought in a State Court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). Further, pursuant to § 1441(b), "[a]ny civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties." 28 U.S.C. § 1441(b).

4. Plaintiffs allege, among other things, that "Defendant has engaged in actions which violate §§806(4); 807(8); 807(9); 807(11); 808(1); and 809 of the Fair Debt Collection Practices Act (15 U.S.C. §1692d through §1692(g)." *Compl.*, ¶ 28.

5. Regions has been sued for an alleged violation of federal law, i.e., the Fair Debt Collection Practices Act; therefore, this action is removable under 28 U.S.C. § 1441(b). *See Jairath v. Dyer*, 154 F.3d 1280, 1282 (11th Cir. 1998) (holding that a case "arises under" federal law, as required for federal question jurisdiction, if federal law creates the cause of action); *Boone v. JP Morgan Chase Bank, N.A.*, 447 Fed. Appx. 961 (11th Cir. 2011) (affirming removal to federal court of complaint alleging violation of the Fair Debt Collection Practices Act and other federal statutes); *Athon v. Direct Merchs. Bank*, 251 Fed. Appx. 602 (11th Cir. 2007) (same); *Stewart v. Bureaus Inv. Group #1*, 2011 U.S. Dist. LEXIS 62360 (M.D. Ala. June 10, 2011) (complaint alleging violation of Fair Debt Collection Practices Act removed to federal court); *Farkas v. Suntrust Mortg., Inc.*, 2010 U.S. Dist. LEXIS 138803 (S.D. Ala. Dec. 15, 2010)

(removal of complaint to federal court proper because "Plaintiff's claim under the Fair Debt Collections Practices Act brings this action within the jurisdiction of this Court.").

6.  This Court has supplemental jurisdiction over any state law claims pursuant to 28 U.S.C. § 1367, as these claims form part of the same case or controversy. *See* 28 U.S.C. § 1367; *Hudson v. Delta Air Lines, Inc.*, 90 F.3d 451, 455 (11th Cir. 1996) ("In deciding whether a state law claim is part of the same case or controversy as a federal issue, we look to whether the claims arise from the same facts, or involve similar occurrences, witnesses or evidence.").

7.  As noted above, the State Court Action is pending in the Circuit Court of Tallapoosa County, Alabama. The Eastern Division of the United States District Court for the Middle District of Alabama encompasses Tallapoosa County, Alabama.

8.  Pursuant to 28 U.S.C. § 1446(a), Regions includes with this filing a completed civil cover sheet. Regions has also attached to this Notice of Removal a copy of all process, pleadings, records and orders for the State Court Action. *See* Exhibit A.

### Service and Filing of Notice of Removal

9.  Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being contemporaneously served on Plaintiffs and promptly filed with the Clerk of the Circuit Court of Tallapoosa County, Alabama.

10. No admission of fact, law, or liability is intended by this Notice of Removal, and all defenses motions and pleas are expressly reserved.

WHEREFORE, Regions is entitled to have the State Court Action removed from the Circuit Court of Tallapoosa County, Alabama, to the United States District Court for the Middle District of Alabama, Eastern Division, which district and division embraces the place where the State Court Action is proceeding.

Respectfully submitted this the 17th day of May, 2012.

_____
One of the Attorneys for Regions Bank

**OF COUNSEL:**

Clark A. Cooper (ASB-2737-R75C)
E-mail: ccooper@balch.com
M. Lee Johnsey, Jr.
E-mail: ljohnsey@balch.com
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8799

John G. Smith (ASB-8146-T68J)
E-mail: jgsmith@balch.com
G. Lane Knight (ASB-6748-I72K)
E-mail: lknight@balch.com
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the above and foregoing pleading which was filed with the Court today by email and also by mailing a copy to the following:

Russell C. Balch
AKRIDGE & BALCH
852 North Dean Road
Suite 100
Post Office Drawer 3738
Auburn, Alabama 35831

                                            _____
                                            Of Counsel